No. 78–160. WILSON ET AL. v. OMAHA INDIAN TRIBE ET AL.; and

No. 78–161. IOWA ET AL. v. OMAHA INDIAN TRIBE ET AL., 442 U. S. 653. Motion of Maine et al. for leave to file a brief as *amici curiae* granted. Motion for modification of the opinion denied. MR. JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 78–599. SECRETARY OF THE NAVY ET AL. v. HUFF ET AL.; and

No. 78–1006. BROWN, SECRETARY OF DEFENSE, ET AL. v. GLINES. C. A. D. C. Cir. [Certiorari granted, 440 U. S. 957.] Motion of the Solicitor General to consolidate these cases for oral argument denied.

No. 78–630. WASHINGTON ET AL. v. CONFEDERATED TRIBES OF THE COLVILLE INDIAN RESERVATION ET AL.; and WASHINGTON v. UNITED STATES ET AL. Appeal from D. C. E. D. Wash. [Probable jurisdiction postponed, 440 U. S. 905.] Motion of the All Indian Pueblo Council, Inc., for leave to file a brief as *amicus curiae* granted.

No. 78–857. NATIONAL LABOR RELATIONS BOARD v. YESHIVA UNIVERSITY; and

No. 78–997. YESHIVA UNIVERSITY FACULTY ASSN. v. YESHIVA UNIVERSITY. C. A. 2d Cir. [Certiorari granted, 440 U. S. 906.] Motion of National Society of Professional Engineers for leave to file a brief as *amicus curiae* granted.

No. 78–959. PERRIN v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, 440 U. S. 956.] Motion of petitioner for divided argument denied.